UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY DEPENBROCK,<br><br>                    Plaintiff,<br>   v.<br><br>PARKE, et al.,<br><br>                    Defendants. | 3:20-cv-00492-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 27 |

Before the court is Plaintiff's correspondence dated August 11, 2022, in which he contends that he was unable to obtain the USM-285 form from the law library as to Defendant E. Peterman (ECF No. 27).

**IT IS HEREBY ORDERED** the Clerk shall **re-issue** a summons for Edward Peterman and send the same to the U.S. Marshal with Defendant's address provided under seal. (ECF No. 14.) The Clerk shall also send one (1) copy of the First Amended Complaint, (ECF No. 5), the screening order, (ECF No. 6), and this Order to the U.S. Marshal for service on the Defendant.  **The court will separately provide to the U.S. Marshal the completed USM-285 form for Defendant Peterman.**

**IT IS FURTHER ORDERED** that Plaintiff shall have an extension up to and including **Monday, October 31, 2022**, to complete service as to Defendant Peterman.

DATED:  September 14, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1